IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MEDICAL PERSONNEL POOL OF SOUTH TEXAS, INC., d/b/a/ INTERIM HEALTHCARE, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. NO. C-06-46 |
| NATIONAL LIABILITY & FIRE, INSURANCE CO., and NATIONAL FIRE & MARINE INSURANCE CO., | § § § § | |
| Defendants. | § | |

**ORDER**

On this day came on to be considered the parties' "Agreed Motion for Five Day Abatement" (D.E. 38) in the above-styled action. The Court GRANTS the parties' agreed motion.

SIGNED and ENTERED this 11th day of September, 2006.

_____
Janis Graham Jack
United States District Judge